# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVID VILLALOBOS-MONTELONGO
aka Aldo Marco Antonio Flores-Tejeda

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE MASON

CASE NUMBER: 08 CR 595

I, Joel Armstrong, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 23, 2008__ in __Cook__ county, in the __Northern__ District of __Illinois__, defendant DAVID VILLALOBOS-MONTELONGO, aka Aldo Marco Antonio Flores-Tejeda, an alien who previously had been deported and removed from the United States on or about January 4, 2002, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, from the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a) & (b)(2)__.

I further state that I am a(n) Special Agent with Immigration and Customs Enforcement and that this complaint is based on the following facts:
*Official Title*

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 25, 2008__                         at    __Chicago, Illinois__
Date                                               City and State

Michael T. Mason, U.S. Magistrate Judge
Name & Title of Judicial Officer                   Signature of Judicial Officer

## AFFIDAVIT

STATE OF ILLINOIS)
              ) SS
COUNTY OF COOK)

I, JOEL ARMSTRONG, being duly sworn under oath, depose and state as follows:

1.  I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly the United States Immigration and Naturalization Service ("INS") and United States Customs Service, and have been so employed for five (5) years. I have been employed as a federal law enforcement officer for approximately 13 years.

2.  I am a member of an investigative unit within ICE which is responsible for the detection, interdiction, and apprehension of criminal aliens present within the United States. I work in conjunction with other law enforcement agencies in the Chicago area reviewing cases involving aliens who have been convicted of criminal offenses. The information contained in this affidavit is based upon my personal knowledge, my review of INS/ICE records, and information provided by other law enforcement personnel. This affidavit is submitted for the limited purpose of establishing probable cause in support of a complaint charging David VILLALOBOS-MONTELONGO, aka Aldo Marco Antonio FLORES-TEJEDA ("VILLALOBOS") with illegal re-entry into the United States. Therefore, I have not included each and every fact known to me concerning this investigation.

3.  According to INS/ICE records, VILLALOBOS is a native and citizen of Mexico and has no claim to United States citizenship or lawful permanent residence in the United States.

4. According to records from the Circuit Court of Cook County, Illinois, on July 28, 2000, an individual using the name Aldo Flores-Tejeda was convicted of Robbery, and sentenced to 4 years in the Illinois Department of Corrections. Under Title 8, United States Code, Section 1101(a)(43)(F) and 18 U.S.C. Section 16, this offense constitutes an aggravated felony.

5. According to an INS/ICE Warrant of Deportation, VILLALOBOS, using the name Aldo Flores-Tejeda, was deported from the United States to Mexico on or about January 4, 2002 at Laredo, Texas. At the time he was deported, INS/ICE took a fingerprint from VILLALOBOS. Also at the time he was deported, INS/ICE informed VILLALOBOS that he would need the express consent of the U.S. Attorney General to reenter the United States.

6. On July 23, 2008, INS/ICE discovered VILLALOBOS in the United States in Skokie, Illinois. ICE took VILLALOBOS into administrative custody on that date. Also on that date, ICE took VILLALOBOS' fingerprints. ICE Special Agent Marc Zuder submitted to the FBI Laboratory those fingerprints, along with the fingerprint taken from VILLALOBOS when he was deported in 2002. A fingerprint expert at the FBI Laboratory has confirmed that the fingerprints belong to the same person.

7. There is no record that VILLALOBOS obtained the authorization of either the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States any time after his 2002 deportation. INS/ICE routinely makes and maintains records when individuals apply to either the Attorney General or the Secretary of the Department of Homeland Security for authorization to reenter the United States. If VILLALOBOS had sought authorization to reenter, I would expect a record to be in his alien file.

8. After being taken into ICE administrative custody, Special Agent Zuder interviewed VIILLALOBOS. Special Agent Zuder advised VILLALOBOS of his *Miranda*

rights; VILLALOBOS waived those rights and agreed to speak. VILLALOBOS said that his true and correct name was DAVID VILLALOBOS-MONTELONGO. VILLALOBOS also said that he was a citizen of Mexico, that he had not received authorization from the Secretary of the Department of Homeland Security to reenter the United States, that he had been convicted of Robbery in about 1999, and that he used the alias Aldo Marco Flores.

9. Based on the foregoing, there is probable cause to believe that the defendant, after being convicted of an aggravated felony and being deported from the United States, unlawfully re-entered and was present and found in the United States, in violation of 8 U.S.C. 1326(a) and (b)(2), as set forth in the attached criminal complaint.

FURTHER AFFIANT SAYETH NOT

Joel Armstrong, Special Agent
U.S. Immigration and Customs Enforcement

SUBSCRIBED and SWORN TO before
me this 25th day of July, 2008.

Michael T. Mason
United States Magistrate Judge