## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 595 - 1 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. David Villalobos-Montelongo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/23/08. Defendant informed of his rights. The Court appoints Steven Shobat as counsel for defendant. Defendant waives the detention hearing without prejudice. Defendant waives his right to a preliminary examination. Order defendant bound to the District Court for further proceedings. Defendant is hereby remanded into the custody of the U.S. Marshals pending further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|