# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

United States v.                                              08 CR 595
David Villalobos-Montelongo

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVID VILLALOBOS - MONTELONGO

FILED
JUL 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUL 25 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  STEVEN SHOBAT | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Steven Shobat | |
| FIRM  Law Offices of Steven Shobat | |
| STREET ADDRESS  53 West Jackson, Suite 1603 | |
| CITY/STATE/ZIP  Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6194394 | TELEPHONE NUMBER  (312) 353-2118 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL X | |