7C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08 CR 595 |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| DAVID VILLALOBOS-MONTELONGO aka Aldo Marco Flores-Tejeda | |

**JUDGE GOTTSCHALL**

**MAGISTRATE JUDGE MASON**

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about July 23, 2008, at Skokie, in the Northern District of Illinois, Eastern Division,

DAVID VILLALOBOS-MONTELONGO,
aka Aldo Marco Flores-Tejeda,

defendant herein, an alien who previously had been deported and removed from the United States on or about January 4, 2002 and August 26, 2006, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, from the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

AUG 2 1 2008  T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT