**United States District Court, Northern District of Illinois**

08 GJ 887

TC

MAGISTRATE JUDGE MASON

| Name of Assigned Judge or Magistrate Judge | JUDGE GOTTSCHALL | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08-CR-00595 | DATE | AUGUST 21, 2008 |
| CASE TITLE | US v. DAVID VILLALOBOS-MONTELONGO aka "Aldo Marco Flores-Tejeda" | | |

08CR 595

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL FEBRUARY 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Geraldine Soat Brown_

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED

AUG 21 2008  TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                            UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | DOCKET # |
| Notices mailed by judge's staff. | | | Date docketed |
| Notified counsel by telephone | | | Docketing dpty. initials |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | | Date mailed notice |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Mailing dpty. initials |